UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason J.,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi,<br>Acting Commissioner of Social Security,<br>　　　　　　　　　Defendant. | Case No.: 5:21-cv-2143-MRW<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d)) |

Based upon the Joint Stipulation for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $5,297.75.

**IT IS SO ORDERED**.

DATED:  08/08/2022                    /S/
　　　　　　　　　　　　　　　　HON. MICHAEL R. WILNER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE